# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ENOVSYS LLC,<br><br>      Plaintiff,<br><br>vs.<br><br>T-MOBILE USA, INC.,<br><br>      Defendant. | CIVIL ACTION NO.: 2:21-cv-00368 |

## ENOVSYS LLC'S MOTION TO FILE COMPLAINT AND ACCOMPANYING EXHIBITS UNDER SEAL

Plaintiff Enovsys LLC respectfully moves for entry of an Order authorizing Plaintiff to file Plaintiff's Complaint and all exhibits under seal, filed contemporaneously herewith. Plaintiff's Complaint and exhibits contain information identified as "Confidential" that are proprietary information of Defendant. It is not anticipated that Defendant will oppose this motion, as the information is Defendant's proprietary information.

Accordingly, Plaintiff respectfully requests that the Court grant Plaintiff's motion to file the Complaint and all exhibits attached thereto under seal

Dated: September 24, 2021

Respectfully Submitted,

ZHEN LAW FIRM

By: */s/ Chris J. Zhen*

Chris J. Zhen (CA BAR# 275575)
ZHEN LAW FIRM
5670 Wilshire Blvd #1800
Los Angeles, CA 90036
Telephone: (213) 935-0715
chris.zhen@zhenlawfirm.com
*Attorneys for Plaintiff Enovsys LLC*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 24th day of September, 2021, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3). Any other counsel of record will be served by a facsimile transmission, first class mail, and/or electronic mail.

*/s/ Chris J. Zhen*