# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ENOVSYS LLC, <br><br> Plaintiff, <br><br> vs. <br><br> T-MOBILE USA, INC., <br><br> Defendant. | CIVIL ACTION NO.: 2:21-cv-00368 |

## ORDER GRANTING PLAINTIFF'S MOTION TO FILE COMPLAINT AND ACCOMPANYING EXHIBITS UNDER SEAL

Before the Court is Plaintiff's unopposed Motion to file Plaintiff's Complaint and accompanying exhibits under seal. After review the Motion, the Court finds that this Motion shall be and hereby is **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiff may file Plaintiff's Complaint and accompanying exhibits under seal.