# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ENOVSYS LLC,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>T-MOBILE USA, INC.,<br><br>　　　　Defendant. | CIVIL ACTION NO.: 2:21-cv-00368<br><br>JURY TRIAL DEMANDED |

## PLAINTIFF ENOVSYS LLC'S
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff Enovsys LLC hereby advices the Court that it is a privately owned corporation. No publicly held corporation owns ten percent (10%) or more of Enovsys LLC.

Dated: September 24, 2021

ZHEN LAW FIRM

By: */s/ Chris J. Zhen*
Chris J. Zhen (CA BAR# 275575)
ZHEN LAW FIRM
5670 Wilshire Blvd #1800
Los Angeles, CA 90036
Telephone: (213) 935-0715
chris.zhen@zhenlawfirm.com

*Attorneys for Plaintiff Enovsys LLC*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Accordingly, this document was served on this the 24th day of September, 2021, on all counsel who have consented to electronic service. Local Rule CV-5(a)(3)(A).

By: */s/ Chris J. Zhen*
Chris J. Zhen