# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ENOVSYS LLC,<br><br>      Plaintiff,<br><br>vs.<br><br>T-MOBILE USA, INC.,<br><br><br>      Defendant. | CIVIL ACTION NO.: 2:21-cv-00368<br><br>JURY TRIAL DEMANDED |

## PLAINTIFF ENOVSYS LLC'S JURY DEMAND

Pursuant to Civil Rule CV-38(a), Plaintiff Enovsys LLC hereby files this Jury Demand demanding a jury for all issues so triable.

Dated: September 24, 2021

ZHEN LAW FIRM

By: */s/ Chris J. Zhen*
Chris J. Zhen (CA BAR# 275575)
ZHEN LAW FIRM
5670 Wilshire Blvd #1800
Los Angeles, CA 90036
Telephone: (213) 935-0715
chris.zhen@zhenlawfirm.com

*Attorneys for Plaintiff Enovsys LLC*