# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ENOVSYS LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No.: 2:21-CV-00368 |
| T-MOBILE USA, INC. | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that Hunter A. Horton enters his appearance as counsel for Defendant T-Mobile USA, Inc. in the above-referenced proceeding for the purpose of receiving notices from the Court. Mr. Horton is currently admitted to practice in the United States District Court for the Eastern District of Texas. Mr. Horton's contact information is as follows:

Hunter A. Horton
Erise IP, I.P.
7015 College Blvd, Suite 700
Overland Park, KS 66211
Telephone: (913) 777-5600
Fax: (913) 777-5601
Kansas Bar Number: 27673
Hunter.Horton@eriseip.com

Dated: May 19, 2022

                                        Respectfully submitted,

                                        **ERISE IP, P.A.**

                                        */s/ Hunter A. Horton*
                                        Hunter A. Horton
                                        7015 College Blvd, Suite 700
                                        Overland Park, KS 66211
                                        Email: Hunter.Horton@eriseipcom
                                        Telephone: (913) 777-5600
                                        Facsimile: (913) 777-5601

                                        *ATTORNEY FOR DEFENDANT*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on May 19, 2022, the foregoing was electronically filed and served via the Court's electronic filing system on all counsel of record.

                                                            */s/ Hunter Horton*
                                                            Hunter A. Horton