IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ENOVSYS LLC | § | |
|     *Plaintiff*, | § | |
| | § | |
| v. | § | CASE NO. 2:21-cv-00368-JRG |
| | § | |
| T-Mobile USA, Inc. | § | |
|     *Defendant.* | § | |

**REPORT OF MEDIATION**

The above-captioned case was mediated via Zoom video conference by David Folsom on Tuesday, September 27, 2022, between Plaintiff ENOVSYS LLC and Defendant T-Mobile USA, Inc. The mediation ended at an impasse.

Signed this 28th day of September 2022.

    */s/ David Folsom*
    David Folsom
    TXBN: 07210800
    JACKSON WALKER, LLP
    6002-B Summerfield Drive
    Texarkana, Texas  75503
    Telephone: (903) 255-3250
    Facsimile:  (903) 255-3265
    E-mail:  dfolsom@jw.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on this 28th day of September 2022.  As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).

    */s/ David Folsom*
    David Folsom