UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

|  |  |
|---|---|
| ENOVSYS LLC,<br><br>              Plaintiff,<br><br>   v<br><br>T-Mobile USA, Inc.,<br><br>              Defendant. | CASE NO. 2:21-CV-00368-JRG |

**JOINT MOTION TO STAY
ALL DEADLINES AND NOTICE OF SETTLEMENT**

Plaintiff Enovsys LLC and Defendant T-Mobile USA, Inc. have reached the principle terms of a settlement. Accordingly, the parties jointly move the Court to stay the above-captioned case, including any and all deadlines on the Court's Docket Control Order, for thirty (30) days to allow the parties to finalize their settlement.

Date:  October 13, 2022

Respectfully submitted,

By:  */s/ Jeff Eichmann*
    John Jeffrey Eichmann (CA 227472)
    (admitted in the Eastern District)
    **EICHMANN, a professional corporation**
    662 N. Sepulveda Blvd., Suite 300
    Los Angeles, California 90049
    310-237-9190 (tel.)
    jeichmann@eichmann.com

*Counsel for Plaintiff Enovsys LLC*

*/s/ Michelle L Marriott*
Michelle L. Marriott
michelle.marriot@eriseip.com
Adam P. Seitz
adam.seitz@eriseip.com
Chris R. Schmidt
chris.schmidt@eriseip.com
Hunter A. Horton

1

hunter.horton@eriseip.com
**ERISE IP, P.A.**
7015 College Blvd, Suite 700
Overland Park, KS 66211
Email: michelle.marriot@eriseip.com
Telephone: (913) 777-5600
Facsimile: (913) 777-5601

*Counsel for Defendant T-Mobile USA, Inc.*

## Certificate of Service

I certify this document is being served on counsel of record on the date listed above through the ECF filing system.

/s/ *Jeff Eichmann*