IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ENOVSYS LLC, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO.  2:21-CV-00368-JRG |
| T-Mobile USA, Inc., | § § § | |
| *Defendant*. | § § | |

## ORDER

Before the Court is the Joint Motion to Stay All Deadlines and Notice of Settlement (the "Motion") filed by Plaintiff Enovsys LLC and Defendant T-Mobile USA, Inc. (Dkt. No. 93.) In the Motion, the parties represent that they have reached an agreement in principle and are finalizing a settlement agreement. (*Id*. at 1.) The parties request a stay of thirty (30) days in which the parties will file appropriate dismissal papers upon execution of a settlement agreement. (*Id*.)

Having considered the Motion, and noting its joint nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, all deadlines in the above-captioned case are **STAYED** for thirty (30) days during which time appropriate dismissal papers are to be filed with the Court.

**So ORDERED and SIGNED this 13th day of October, 2022.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE