# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| ENOVSYS LLC, | § |
| | § |
| | § |
| *Plaintiff*, | § |
| | § |
| | § |
| v. | §   CIVIL ACTION NO.  2:21-CV-00368-JRG |
| | § |
| T-Mobile USA, Inc., | § |
| | § |
| | § |
| *Defendant*. | § |
| | § |

## ORDER

Before the Court is the Joint Motion to Dismiss (the "Stipulation") filed by Plaintiff Enovsys LLC ("Plaintiff") and Defendant T-Mobile USA, Inc. ("Defendant"). (Dkt. No. 100). In the Stipulation, Plaintiff gives notice that it voluntarily dismisses its claims against Defendant with prejudice. (*Id*. at 1.)

Having considered the Stipulation, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims and causes of action asserted by Plaintiff in the above-captioned case with respect to Defendant T-Mobile USA, Inc. are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. The Clerk of Court is directed to **CLOSE** the above-captioned case.

**So ORDERED and SIGNED this 22nd day of November, 2022.**

_____
RODNEY   GILSTRAP
UNITED STATES DISTRICT JUDGE